UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 0 8 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br><br><br>Luis Gerardo CERDA-Reyes,<br><br><br><br><br><br>      Defendant. | Magistrate Docket No.<br><br>**17MJ4660**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1326 Attempted Entry After Deportation<br><br>Title 8, USC 1325 Illegal Entry (misdemeanor) |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about December 7, 2017, within the Southern District of California, defendant Luis Gerardo CERDA-Reyes, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near Otay Mesa, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

## COUNT TWO

That on or about December 7, 2017, within the Southern District of California, defendant, Luis Gerardo CERDA-Reyes, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Joseph E. Wolchko
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE
THIS  8th  DAY OF December, 2017.

_____
KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 **Luis Gerardo CERDA-Reyes**

### PROBABLE CAUSE STATEMENT

On December 7, 2017, Border Patrol Agent M. Perez was performing assigned duties in the Chula Vista Border Patrol Station's area of responsibility. While using his binoculars, Agent J. Croskey spotted three suspected illegal aliens running north in an area known to Border Patrol agents as the "670 Hump" and notified agents in the area. Agent Perez responded to the area and discovered three individuals attempting to conceal themselves in brush. This area is located approximately two miles east of the Otay Mesa, California Port of Entry and approximately 250 yards north of the United States/Mexico International Boundary. Agent Perez approached the individuals, identified himself as a United States Border Patrol agent, and conducted an immigration inspection. Each of the three individuals, including one later identified as the defendant Luis Gerardo CERDA-Reyes, stated they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. At approximately 2:50 PM, Agent PEREZ placed all individuals, including CERDA, under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. Furthermore, the defendant admitted he illegally entered the United States on December 7, 2017.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on September 17, 2017 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.